# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | | |
|---|---|---|
| **KAREN PINSON,** | ) | Case No. **8:10-cv-00098-CJC-RNB** |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC,** | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 7th day of January, 2011.

_____

The Honorable Cormac J. Carney